

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

# Mars Khaimov Law, PLLC

<u>VIA ECF</u>
Honorable Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY 10007

## MEMO ENDORSED

February 1, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2023
```

Re:     <u>*Toro v. Across the Board Game, LLC*</u>
        <u>Case No. 1:22-cv-10898-VEC</u>

Dear Judge Caproni:

Plaintiff's Counsel submits this letter-motion respectfully to seek an adjournment of the in-person Order to Show Cause hearing scheduled for February 10, 2023 at 10 am. While I recognize the gravity of the scheduled conference, I regret to inform the Court that I will not be able to appear in-person on the scheduled date. I had already made travel plans and will be out of the country from February 7, 2023 to February 19, 2023. The purpose of traveling is for close friend's wedding in Mexico. As such, respectfully, I can appear in-person for the scheduled conference before the scheduled date, on February 6, 2023 (if the Court's docket allows for it), or any date after February 19, 2023. Alternatively, I am available to appear virtually, either telephonically or via video conference on the scheduled date.

I thank the Court for its attention and consideration herein.

Application GRANTED.  The show cause hearing scheduled for February 10, 2023, is hereby ADJOURNED to **Friday, February 24, 2023 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

Date: 2/2/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

**MARS KHAIMOV LAW, PLLC**

*/s/ Mars Khaimov*
Mars Khaimov, Esq.

Attorneys for Plaintiff

